CHARLES F. TAG, Respondent, *v.* EUGENE M. KETELTAS et al.,
Executors, etc., Appellants.

(Argued February 6, 1883; decided March 20, 1883.)

*Stephen P. Nash* for appellants.

*Edward Solomon* for respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.

---

MARIA METZGER, Administratrix, etc., Respondent, *v.* HENRY
HERRMANN, Appellant.

(Submitted March 7, 1883; decided March 20, 1883.)

*James M. Smith* for appellant.

*Chauncey Shaffer* and *Peter Cook* for respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.